UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK **JUDGE CROTTY**
------------------------------------------------------------X
New Jersey Carpenters Health Fund, On Behalf of
Itself and All Others Similarly Situated

                Plaintiffs,

                      Civil Action No.

  -against-

               **'08 CIV 5653**

Home Equity Mortgage Trust 2006-5, Credit Suisse
First Boston Mortgage Securities Corporation,
Andrew A. Kimura, Thomas Zingalli, Jeffrey A.         **DEFENDANT MOODY'S INVESTOR**
Altabef, Michael A. Marriott, Evelyn Echevarria,      **SERVICES, INC.'S**
Credit Suisse Group, Credit Suisse (USA), LLC,        **STATEMENT PURSUANT TO**
Credit Suisse Securities (USA), LLC, Moody's          **RULE 7.1**
Investors Service, Inc., The McGraw-Hill
Companies, Inc., and DBRS, Inc.

                Defendants.
------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Moody's Investors Service, Inc. ("Moody's) discloses that Moody's is a wholly-owned subsidiary of Moody's Corporation, a publicly held company. Berkshire Hathaway, Inc. is the only publicly held company that owns 10% or more of the stock of Moody's Corporation.

Dated: New York, New York
       June 23, 2008

                          SATTERLEE STEPHENS BURKE
                          & BURKE LLP

                          By: _____
                             James J. Coster (JC-1421)
                             Joshua M. Rubins (JR-8338)
                          Attorneys for Moody's Investors Service, Inc.
                          230 Park Avenue
                          New York, New York 10169
                          (212) 818-9200

738581_1