**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the Supplemental Notice of Removal of Credit Suisse First Boston Mortgage Securities Corporation, Andrew A. Kimura, Thomas Zingalli, Jeffrey A. Altabef, Michael A. Marriott, Evelyn Echevarria, and Credit Suisse Securities (USA) LLC to be filed electronically and served the Supplemental Notice of Removal to each named recipient below by causing true and correct copies thereof to be sent to each such recipient via FedEx:

SCHOENGOLD SPORN LAITMAN &
LOMETTI, P.C.
19 Fulton Street, Suite 406
New York, New York  10038
P:  (212) 964-0046
Attn:  Samuel P. Sporn, Esq.

*Counsel for Plaintiff and the Proposed Class*

CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York  10005
P:  (212) 701-3000
Attn:  Floyd Abrams, Esq.

*Attorneys for Defendant The McGraw-Hill Companies, Inc.*

FARRELL FRITZ, P.C.
370 Lexington Avenue, Suite 500
New York, New York  10017
P:  (212) 687-0761
Attn:  Michael F. Fitzgerald, Esq.

*Attorneys for Defendant DBRS, Inc.*

Dated:     June 26, 2008

        McKee Nelson LLP

        <u>  /s/  *Matthew I. Kliegman*      </u>
        Matthew I. Kliegman (MK 4962)
        MKliegman@McKeeNelson.com
        MCKEE NELSON LLP
        One Battery Park Plaza
        New York, NY 10004
        Telephone:  (917) 777-4200
        Facsimile:  (917) 777-4299

        *Attorneys for Defendants*
            *Credit Suisse First Boston Mortgage Securities Corporation, Andrew A. Kimura, Thomas Zingalli, Jeffrey A. Altabef, Michael A. Marriott, Evelyn Echevarria, and Credit Suisse Securities (USA) LLC*