UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated<br><br>     Plaintiffs,<br><br>  -against-<br><br>Home Equity Mortgage Trust 2006-5, Credit Suisse First Boston Mortgage Securities Corporation, Andrew A. Kimura, Thomas Zingalli, Jeffrey A. Altabef, Michael A. Marriott, Evelyn Echevarria, Credit Suisse Group, Credit Suisse (USA), LLC, Credit Suisse Securities (USA), LLC, Moody's Investors Service, Inc., The McGraw-Hill Companies, Inc., and DBRS, Inc.,<br><br>     Defendants. | 08 CIV. 5653 (PAC)<br>ECF CASE<br><br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MOODY'S INVESTOR SERVICE, INC. |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Moody's Investors Service, Inc.  I certify that I am admitted to practice in this court.

DATED: New York, New York
    June 27, 2008


          /s_____
          Joshua M. Rubins, Esq.
          Satterlee Stephens Burke & Burke LLP
          230 Park Avenue, Suite 1130
          New York, New York 10169
          (212) 818-9200
          Email: jrubins@ssbb.com

          *Attorney for Defendant Moody's Investor Service, Inc.*

739403_1