UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated

Plaintiffs,

-against-

Home Equity Mortgage Trust 2006-5, Credit Suisse First Boston Mortgage Securities Corporation, Andrew A. Kimura, Thomas Zingalli, Jeffrey A. Altabef, Michael A. Marriott, Evelyn Echevarria, Credit Suisse Group, Credit Suisse (USA), LLC, Credit Suisse Securities (USA), LLC, Moody's Investors Service, Inc., The McGraw-Hill Companies, Inc., and DBRS, Inc.

Defendants.

Civil Action No. 08 CIV 5653

**AFFIDAVIT OF PERSONAL SERVICE OF NOTICE OF FILING OF NOTICE OF REMOVAL**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

The undersigned, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside at 1886 Harrison Avenue, Apt. 6G, Bronx, New York 10463.

2. That on June 24, 2008, deponent served a true copy of the annexed **Notice of Filing of Notice of Removal** upon:

SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.
Attn: Samuel P. Sporn, Esq.
19 Fulton Street, Suite 406
New York, New York 10038

CAHILL GORDON & REINDEL LLP
Attn: Floyd Adams, Esq.
80 Pine Street
New York, New York 10005

FARRELL FRITZ, P.C.
Attn: Michael F. Fitzgerald
370 Lexington Avenue, Suite 500
New York, New York 10017

McKEE NELSON, LLP
Attn: Scott Eckas, Esq.
One Battery Park Plaza
New York, New York 10004

by delivering a true copy thereof to said offices.

Jose Ayala

Sworn to before me this
24th day of June, 2008.

Notary Public

PEARL LEUNG
Notary Public, State of New York
No. 01LE504678
Qualified in Kings County
Commission Expires July 17, 2011



738921_1