IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
New Jersey Carpenters Health Fund, On Behalf of :
Itself and All Others Similarly Situated
                                                     :

                    Plaintiffs,            Civil Action No. 1:08-cv-05653-PAC

                                                    :

-against-

                                                    :

Home Equity Mortgage Trust 2006-5, Credit Suisse
First Boston Mortgage Securities Corporation, An- :
drew A. Kimura, Thomas Zingalli, Jeffrey A. Alta-
bef, Michael A. Marriott, Evelyn Echevarria, Credit :
Suisse Group, Credit Suisse (USA), LLC, Credit
Suisse Securities (USA), LLC, Moody's Investors :
Service, Inc., The McGraw-Hill Companies, Inc.,
and DBRS, Inc.                               :

                  Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF ENTRY OF APPEARANCE**

        PLEASE TAKE NOTICE that Floyd Abrams of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for The McGraw-Hill Companies, Inc. in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated: June 27, 2008                    Respectfully submitted,

                                           /s/ Floyd Abrams_____
                                          Floyd Abrams
                                          CAHILL GORDON & REINDEL LLP
                                          80 Pine Street
                                          New York, New York 10005
                                          Telephone: 212-701-3000
                                          Facsimile: 212-269-5420