IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated | x : : |
| Plaintiffs, | : Civil Action No. 1:08-cv-05653-PAC : |
| -against- | : |
| Home Equity Mortgage Trust 2006-5, Credit Suisse First Boston Mortgage Securities Corporation, Andrew A. Kimura, Thomas Zingalli, Jeffrey A. Altabef, Michael A. Marriott, Evelyn Echevarria, Credit Suisse Group, Credit Suisse (USA), LLC, Credit Suisse Securities (USA), LLC, Moody's Investors Service, Inc., The McGraw-Hill Companies, Inc., and DBRS, Inc. | : : : : |
| Defendants. | : x |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Adam Zurofsky of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for The McGraw-Hill Companies, Inc. in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated:  June 27, 2008                               Respectfully submitted,

                                                                  /s/ Adam Zurofsky_____
                                                                 Adam Zurofsky
                                                                 CAHILL GORDON & REINDEL LLP
                                                                 80 Pine Street
                                                                 New York, New York 10005
                                                                 Telephone:  212-701-3000
                                                                 Facsimile:  212-269-5420