IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x |  |
| New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated | : |  |
|  | : |  |
| Plaintiffs, | : | Civil Action No. 1:08-cv-05653-PAC |
| -against- | : |  |
|  | : |  |
| Home Equity Mortgage Trust 2006-5, Credit Suisse First Boston Mortgage Securities Corporation, Andrew A. Kimura, Thomas Zingalli, Jeffrey A. Altabef, Michael A. Marriott, Evelyn Echevarria, Credit Suisse Group, Credit Suisse (USA), LLC, Credit Suisse Securities (USA), LLC, Moody's Investors Service, Inc., The McGraw-Hill Companies, Inc., and DBRS, Inc. | : : : | |
| Defendants. | : |  |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x |  |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Tammy L. Roy of Cahill Gordon & Reindel LLP hereby enters her appearance as counsel for The McGraw-Hill Companies, Inc. in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated:   June 27, 2008                           Respectfully submitted,


  /s/ Tammy L. Roy
Tammy L. Roy
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone:  212-701-3000
Facsimile:  212-269-5420