UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>              -against-<br><br>Home Equity Mortgage Trust 2006-5, Credit Suisse First Boston Mortgage Securities Corporation, Andrew A. Kimura, Thomas Zingalli, Jeffrey A. Altabef, Michael A. Marriott, Evelyn Echevarria, Credit Suisse Group, Credit Suisse (USA), LLC, Credit Suisse Securities (USA), LLC, Moody's Investors Service, Inc., The McGraw-Hill Companies, Inc., and DBRS, Inc.,<br><br>                              Defendants. | 1:08-CV-05653-PAC<br><br><br><br><br><br>**RULE 7.1 CORPORATE**<br>**DISCLOSURE STATEMENT** |

------------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendants Credit Suisse First Boston Mortgage Securities Corporation and Credit Suisse Securities (USA) LLC (private non-governmental parties), through their undersigned counsel, make the following disclosures:  Credit Suisse Securities (USA) LLC is a wholly-owned subsidiary of Credit Suisse (USA), Inc.  Credit Suisse First Boston Mortgage Securities Corporation is a wholly-owned subsidiary of Credit Suisse Management LLC, which is also a wholly-owned subsidiary of Credit Suisse (USA), Inc.  Credit Suisse (USA), Inc. is a wholly-owned subsidiary of Credit Suisse Holdings (USA), Inc., which is jointly-owned by Credit Suisse and Credit Suisse Group.  Credit Suisse is a wholly-owned subsidiary of Credit Suisse Group.  The shares of Credit Suisse Group are publicly traded on the Swiss Stock Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

Dated: New York, New York
June 30, 2008

            McKEE NELSON LLP

           By:  /s/ Jeffrey Q. Smith
             Jeffrey Q. Smith (JS 7435)
             JSmith@McKeeNelson.com
             Scott E. Eckas (SE-7479)
             SEckas@McKeeNelson.com
             Jennifer Hurley McGay (JHM 7487)
             JHurleyMcGay@McKeeNelson.com

One Battery Park Plaza, 34th Floor
New York, New York  10004
917-777-4200
917-777-4299 (Facsimile)

*Attorneys for Defendants Credit Suisse First Boston Mortgage Securities Corporation, Andrew A. Kimura, Thomas Zingalli, Jeffrey A. Altabef, Michael A. Marriott, Evelyn Echevarria and Credit Suisse Securities (USA) LLC*