UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated,<br><br>                          Plaintiffs,<br><br>    -against-<br><br>Home Equity Mortgage Trust 2006-5, Credit Suisse First Boston Mortgage Securities Corporation, Andrew A. Kimura, Thomas Zingalli, Jeffrey A. Altabef, Michael A. Marriott, Evelyn Echevarria, Credit Suisse Group, Credit Suisse (USA), LLC, Credit Suisse Securities (USA), LLC, Moody's Investors Service, Inc., The McGraw-Hill Companies, Inc., and DBRS, Inc.,<br><br>                          Defendants. | **1:08-CV-05653-PAC**<br><br><br><br><u>**NOTICE OF APPEARANCE**</u> |

------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Credit Suisse First Boston Mortgage Securities Corporation, Andrew A. Kimura, Thomas Zingalli, Jeffrey A. Altabef, Michael A. Marriott, Evelyn Echevarria, and Credit Suisse Securities (USA) LLC.  I certify that I am admitted to practice in this court.

Dated: New York, New York
July 1, 2008

                           McKee Nelson LLP

                           /s/ *Jeffrey Q. Smith*
                           Jeffrey Q. Smith  (JS-7435)
                           JQSmith@McKeeNelson.com
                           MCKEE NELSON LLP
                           One Battery Park Plaza
                           New York, NY 10004
                           Telephone: (917) 777-4200
                           Facsimile: (917) 777-4299

                           *Attorney for Defendants*
                              *Credit Suisse First Boston Mortgage*
                              *Securities Corporation, Andrew A.*
                              *Kimura, Thomas Zingalli, Jeffrey A.*
                              *Altabef, Michael A. Marriott, Evelyn*
                              *Echevarria, and Credit Suisse Securities*
                              *(USA) LLC*