UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

New Jersey Carpenters Health Fund, On Behalf of Itself
and All Others Similarly Situated,

          **1:08-CV-05653-PAC**

          Plaintiffs,

          -against-

Home Equity Mortgage Trust 2006-5, Credit Suisse First
Boston Mortgage Securities Corporation,  Andrew A.
Kimura, Thomas Zingalli, Jeffrey A. Altabef, Michael A.
Marriott, Evelyn Echevarria, Credit Suisse Group, Credit
Suisse (USA), LLC, Credit Suisse Securities (USA), LLC,
Moody's Investors Service, Inc., The McGraw-Hill
Companies, Inc., and DBRS, Inc.,

          **<u>NOTICE OF APPEARANCE</u>**

          Defendants.

------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for Defendants Credit Suisse

First Boston Mortgage Securities Corporation, Andrew A. Kimura, Thomas Zingalli, Jeffrey A.

Altabef, Michael A. Marriott, Evelyn Echevarria, and Credit Suisse Securities (USA) LLC.  I

certify that I am admitted to practice in this court.

Dated: New York, New York
      July 1, 2008

                    McKee Nelson LLP

                    */s/  Jennifer Hurley McGay*
                    Jennifer Hurley McGay  (JHM-7487)
                    JHurleyMcGay@McKeeNelson.com
                    MCKEE NELSON LLP
                    One Battery Park Plaza
                    New York, NY 10004
                    Telephone:  (917) 777-4200
                    Facsimile:  (917) 777-4299

                    *Attorney for Defendants*
                        *Credit Suisse First Boston Mortgage*
                        *Securities Corporation, Andrew A.*
                        *Kimura, Thomas Zingalli, Jeffrey A.*
                        *Altabef, Michael A. Marriott, Evelyn*
                        *Echevarria, and Credit Suisse Securities*
                        *(USA) LLC*