UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>-against-<br><br>Home Equity Mortgage Trust 2006-5, Credit Suisse First Boston Mortgage Securities Corporation, Andrew A. Kimura, Thomas Zingalli, Jeffrey A. Altabef, Michael A. Marriott, Evelyn Echevarria, Credit Suisse Group, Credit Suisse (USA), LLC, Credit Suisse Securities (USA), LLC, Moody's Investors Service, Inc., The McGraw-Hill Companies, Inc., and DBRS, Inc.,<br><br>           Defendants. | **1:08-CV-05653-PAC**<br><br>**NOTICE OF APPEARANCE** |

------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Credit Suisse First Boston Mortgage Securities Corporation, Andrew A. Kimura, Thomas Zingalli, Jeffrey A. Altabef, Michael A. Marriott, Evelyn Echevarria, and Credit Suisse Securities (USA) LLC. I certify that I am admitted to practice in this court.

2

Dated: New York, New York
July 1, 2008

        McKee Nelson LLP

        /s/ *Jennifer Hurley McGay*
        Jennifer Hurley McGay (JHM-7487)
        JHurleyMcGay@McKeeNelson.com
        MCKEE NELSON LLP
        One Battery Park Plaza
        New York, NY 10004
        Telephone: (917) 777-4200
        Facsimile: (917) 777-4299

*Attorney for Defendants*
   *Credit Suisse First Boston Mortgage*
   *Securities Corporation, Andrew A.*
   *Kimura, Thomas Zingalli, Jeffrey A.*
   *Altabef, Michael A. Marriott, Evelyn*
   *Echevarria, and Credit Suisse Securities*
   *(USA) LLC*