## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the Notice of Change of Address of Matthew I. Kliegman to be filed electronically and served the Notice of Change of Address to each named recipient below by causing true and correct copies thereof to be sent to each such recipient via FedEx:

>SCHOENGOLD SPORN LAITMAN &
>LOMETTI, P.C.
>19 Fulton Street, Suite 406
>New York, New York  10038
>P:  (212) 964-0046
>Attn:  Samuel P. Sporn, Esq.
>
>*Counsel for Plaintiff and the Proposed Class*
>
>FARRELL FRITZ, P.C.
>370 Lexington Avenue, Suite 500
>New York, New York  10017
>P:  (212) 687-0761
>Attn:  Michael F. Fitzgerald, Esq.
>
>*Attorneys for Defendant DBRS, Inc.*

Dated:    July 1, 2008

>McKee Nelson LLP
>
> /s/  *Matthew I. Kliegman*
>Matthew I. Kliegman (MK-4962)
>MKliegman@McKeeNelson.com
>MCKEE NELSON LLP
>One Battery Park Plaza
>New York, NY 10004
>Telephone:  (917) 777-4200
>Facsimile:  (917) 777-4299
>
>*Attorneys for Defendants*
>   *Credit Suisse First Boston Mortgage Securities Corporation, Andrew A. Kimura, Thomas Zingalli, Jeffrey A. Altabef, Michael A. Marriott, Evelyn Echevarria, and Credit Suisse Securities (USA) LLC*