UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
New Jersey Carpenters Health Fund, On Behalf of
Itself and All Others Similarly Situated

                      Plaintiffs,

       -against-

Home Equity Mortgage Trust 2006-5, Credit Suisse
First Boston Mortgage Securities Corporation,
Andrew A. Kimura, Thomas Zingalli, Jeffrey A.
Altabef, Michael A. Marriott, Evelyn Echevarria,
Credit Suisse Group, Credit Suisse (USA), LLC,
Credit Suisse Securities (USA), LLC, Moody's
Investors Service, Inc., The McGraw-Hill
Companies, Inc., and DBRS, Inc.

                      Defendants.
-------------------------------------------------------------X

Civil Action No. 1:08-CV-05653-PAC

**NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT**

**TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

     PLEASE TAKE NOTICE, that on a date and at such time as may be designated by the Honorable Paul A. Crotty, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 735, New York, New York 10007, Plaintiff New Jersey Carpenters Health Fund will, and hereby does, move the Court for an Order remanding the above-titled action to the Supreme Court of New York, County of New York.  The motion is based upon this Notice of Motion, the Memorandum of Points and Authorities in Support of Plaintiffs Motion for Remand to State Court, the Declaration of Joel P. Laitman, and all exhibits thereto, the pleadings and evidence submitted herewith, and any other information submitted before or during the hearing on this matter.

Dated:   New York, New York
         July 23, 2008

                                            Respectfully submitted,

                                        By:  /s/ Joel P. Laitman
                                               Samuel P. Sporn (SS-4444)
                                               Joel P. Laitman (JL-8178)
                                               Christopher Lometti (CL-9124)
                                               Frank R. Schirripa (FS-1960)
                                               Daniel B. Rehns (DR-5506)

**SCHOENGOLD SPORN LAITMAN & LOMETTI , P.C.**
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: (212) 964-0046
Facsimile: (212) 267-8137

*Counsel for Plaintiff & The Proposed Class*

# CERTIFICATE OF SERVICE

I, Frank Schirripa, counsel for the Plaintiff, hereby certify that on July 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of much filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and by sending a copy of the foregoing to each of the addresses listed below:

Jeffrey Q. Smith (JS 7435)
jqsmith@mckeenelson.com
Scott E. Eckas (SE 7479)
seckas@mckeenelson.com
MCKEE NELSON LLP
One Battery Park Plaza
New York, New York  10004
Telephone:  (917) 777-4200
Facsimile:  (917) 777-4299

*Attorneys for Defendants Credit Suisse First Boston Mortgage Securities Corporation, Andrew A. Kimura, Thomas Zingalli, Jeffrey A. Altabef, Michael A. Marriott, Evelyn Echevarria and Credit Suisse Securities (USA), LLC*

Floyd Abrams
Fabrams@cahill.com
Susan Buckley
Sbuckley@cahill.com
Adam Zurofsky
Azurofsky@cahill.com
Tammy L. Roy
Troy@cahill.com
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York  10005
Telephone:  (212) 701-3000
Facsimile:  (212) 269-5420

*Attorneys for Defendant The McGraw-Hill Companies, Inc.*

James J. Coster
jcoster@ssbb.com
Joshua M. Rubins
jrubins@ssbb.com
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, New York  10169
Telephone:  (212) 818-9200
Facsimile:  (212) 818-9606

*Attorneys for Defendant Moody's Investors Service, Inc.*

Michael F. Fitzgerald (MF 2954)
mfitzgerald@farrellfritz.com
FARRELL FRITZ, P.C.
370 Lexington Avenue, Suite 500
New York, New York 10017
Telephone:  212-687-0761

*Attorneys for Defendant DBRS, Inc.*

                                                ___/s/   Frank R. Schirripa_____
                                                   Frank R. Schirripa