AO 458 (Rev. 10/95) Appearance

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated.

            Plaintiff,

v.

Home Equity Mortgage Trust 2006-5, Credit Suisse First Boston Mortgage Securities Corporation, Andrew A. Kimura, Thomas Zingalli, Jeffrey A. Altabef, Michael A. Marriott, Evelyn Echevarria, Credit Suisse Group, Credit Suisse (USA), LLC, Credit Suisse Securities (USA), LLC, Moody's Investors Service, Inc., The McGraw-Hill Companies, Inc. and DBRS, Inc.:

            Defendants.

Case No. 1:08-CV-05653-PAC

**APPERANCE**

**To the Clerk of this court and all parties of record:**

    Enter my appearance as Attorney To Be Noticed in this case for:

    **Lead Plaintiff, New Jersey Carpenters Health Fund**

    I certify that I am admitted to practice in this court.

__July 29, 2008__
Date

_____
Signature

__Christopher Lometti__       __CL-9124__
Print Name                    Bar No.

__Schoengold Sporn Laitman & Lometti, P.C.__
Firm

__19 Fulton Street, Suite 406__
Address

__New York__       __NY__       __10038__
City              State        Zip Code

__(212) 964-0046__       __(212) 687-8137__
Phone No.                Fax. No.