AO 458 (Rev. 10/95) Appearance

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated,

        Plaintiff,

v.

Home Equity Mortgage Trust 2006-5, Credit Suisse First Boston Mortgage Securities Corporation, Andrew A. Kimura, Thomas Zingalli, Jeffrey A. Altabef, Michael A. Marriott, Evelyn Echevarria, Credit Suisse Group, Credit Suisse (USA), LLC, Credit Suisse Securities (USA), LLC, Moody's Investors Service, Inc., The McGraw-Hill Companies, Inc. and DBRS, Inc.

        Defendants.

Case No. 08-CV-5653

**APPERANCE**

**To the Clerk of this court and all parties of record:**

    Enter my appearance as Attorney To Be Noticed in this case for:

    **Plaintiff, New Jersey Carpenters Health Fund**

    I certify that I am admitted to practice in this court.

July 29, 2008
Date

Signature

**Daniel B. Rehns**      **DR-5506**
Print Name      Bar No.

**Schoengold Sporn Laitman & Lometti, P.C.**
Firm

**19 Fulton Street, Suite 406**
Address

**New York**      **NY**      **10038**
City      State      Zip Code

**(212) 964-0046**      **(212) 687-8137**
Phone No.      Fax. No.