IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 1:08-cv-05653-PAC |
| | : | |
| -against- | : | |
| | : | |
| Home Equity Mortgage Trust 2006-5, Credit Suisse First Boston Mortgage Securities Corporation, Andrew A. Kimura, Thomas Zingalli, Jeffrey A. Altabef, Michael A. Marriott, Evelyn Echevarria, Credit Suisse Group, Credit Suisse (USA), LLC, Credit Suisse Securities (USA), LLC, Moody's Investors Service, Inc., The McGraw-Hill Companies, Inc., and DBRS, Inc. | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF ENTRY OF APPEARANCE**

      PLEASE TAKE NOTICE that S. Penny Windle of Cahill Gordon & Reindel LLP hereby enters her appearance as counsel for The McGraw-Hill Companies, Inc. in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated:  August 18, 2008                      Respectfully submitted,

                                                              /s/ S. Penny Windle_____
                                                              S. Penny Windle
                                                              CAHILL GORDON & REINDEL LLP
                                                              80 Pine Street
                                                              New York, New York 10005
                                                              Telephone:  212-701-3000
                                                              Facsimile:  212-269-5420