**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW JERSEY CARPENTERS HEALTH FUND, On Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DLJ MORTGAGE CAPITAL, INC., CREDIT SUISSE MANAGEMENT, LLC F/K/A CREDIT SUISSE FIRST BOSTON MORTGAGE SECURTIES CORPORATION, ANDREW A. KIURA, THOMAS ZINGALLI, JEFFREY A. ALTABEF, MICHAEL A. MAROTT, EVELYN ECHEVARA, and CREDIT SUISSE SECURTIES (USA), LLC, <br><br> Defendants. | Docket No. 08-cv-5653 (PAC) <br><br> **ECF Case** |

**LEAD PLAINTIFF'S AND THE PUBLIC EMPLOYEES' RETIREMENT**
**SYSTEM OF MISSISSIPPI'S JOINT MOTION TO INTERVENE**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declaration of George W. Neville, dated May 14, 2010, proposed intervenor the Public Employees' Retirement System of Mississippi ("Miss. PERS") and Lead Plaintiff respectfully jointly move this Court for an order: allowing Miss. PERS to intervene by right, or in the alternative, by permission, as a representative plaintiff in the above-captioned action pursuant to Fed. R. Civ. P. 24.

Dated:  June 18, 2010
           New York, New York

By:  ___/s/ James A. Harrod___
          JAMES A. HARROD

**WOLF POPPER LLP**
Marian P. Rosner (#MR-0410)
James A. Harrod (#JH-4400)
Robert S. Plosky (#RP-7829)
Matthew Insley-Pruitt (#MI-0525)
845 Third Avenue, 12th Floor
New York, NY 10022
Tel:     (212) 759-4600
Fax:    (212) 486-2093
*marosner@wolfpopper.com*
*jharrod@wolfpopper.com*
*rplosky@wolfpopper.com*
*minsley-pruitt@wolfpopper.com*

            -and-

**POND, GADOW & TYLER, P.A.**
John Gadow
Blake Tyler
502 South President Street
Jackson, MS 39201

*Counsel for Movant Public Employees'*
*Retirement System of Mississippi*

By:  ___/s/ Joel P. Laitman___
          JOEL P. LAITMAN

**COHEN MILSTEIN SELLERS &**
  **TOLL PLLC**
Joel P. Laitman (JL-8177)
Christopher Lometti (CL-9124)
Michael Eisenkraft (ME-6974)
Daniel B. Rehns (DR-5506)
Kenneth M. Rehns (KR-9822)
88 Pine Street, Eighteenth Floor
New York, NY 10005
Tel:     (212) 838-7797

*Lead Counsel for the Class*