UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X
NEW JERSEY CARPENTERS HEALTH FUND,
On behalf of itself and all others similarly situated,

          Plaintiff,

v.

DLJ MORTGAGE CAPITAL, INC., CREDIT
SUISSE MANAGEMENT, LLC f/k/a CREDIT
SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORPORATION, ANDREW A.
KIMURA, THOMAS ZINGALLI, JEFFREY A.
ALTABEF, MICHAEL A. MARIOTT, EVELYN
ECHEVARRIA and CREDIT SUISSE
SECURITIES (USA), LLC,

          Defendants.
------------------------------------------ X

Docket No.: 08-CV-5653 (PAC)

**MOTION FOR ADMISSION**
**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Times Wang, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff in the above-captioned action.

I am in good standing in the bar of the state of California, and there are no pending disciplinary proceedings against me in any state of federal court.

Dated: July 10, 2014

Respectfully submitted,

_____
Times Wang

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
twang@cohenmilstein.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2014, I caused the Motion for Admission Pro Hac Vice to be filed via ECF which sent a copy of this Motion for Admission Pro Hac Vice by electronic mail to all counsel of record.

                                                 /s/ Times Wang
                                               Times Wang



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *TIMES WANG*

I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that TIMES WANG, #281077, was on the 1st day of December, 2011, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 1st day of July, 2014.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
A. Allen, Senior Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
NEW JERSEY CARPENTERS HEALTH FUND,
On behalf of itself and all others similarly situated,

      Plaintiff,

  v.

DLJ MORTGAGE CAPITAL, INC., CREDIT
SUISSE MANAGEMENT, LLC f/k/a CREDIT
SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORPORATION, ANDREW A.
KIMURA, THOMAS ZINGALLI, JEFFREY A.
ALTABEF, MICHAEL A. MARIOTT, EVELYN
ECHEVARRIA and CREDIT SUISSE
SECURITIES (USA), LLC,

      Defendants.
------------------------------------- X

Docket No.: 08-CV-5653 (PAC)

**ORDER FOR FOR ADMISSION
PRO HAC VICE**

     The motion of Times Wang, for admission to practice Pro Hac Vice in the above captioned action is granted.

     Applicant has declared that he is a member in good standing of the bar of the state of California, and that his contact information is as follows:

     Times Wang
     Cohen Milstein Sellers & Toll PLLC
     1100 New York Ave. NW
     Suite 500, West Tower
     Washington, DC 20005
     Telephone: (202) 408-4600
     twang@cohenmilstein.com

     Applicant having requested admission Pro Hac Vice for all purposes as counsel for Plaintiff in the above entitled action;

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

                                      United States District Judge