UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW JERSEY CARPENTERS HEALTH FUND, *on Behalf of Itself and All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>DLJ MORTGAGE CAPITAL, INC., CREDIT SUISSE MANAGEMENT, LLC f/k/a CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORPORATION, ANDREW A. KIMURA, THOMAS ZINGALLI, JEFFREY A. ALTABEF, MICHAEL A. MARRIOTT, EVELYN ECHEVARRIA and CREDIT SUISSE SECURITIES (USA), LLC,<br><br>Defendants. | Case No.: 08-CV-5653 (PAC) |

**LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR
(i) PRELIMINARY APPROVAL OF SETTLEMENT;
(ii) CERTIFICATION OF A CLASS FOR THE PURPOSES OF SETTLEMENT;
(iii) APPROVAL OF NOTICE TO THE CLASS; AND
(iv) SCHEDULING OF FINAL SETTLEMENT APPROVAL HEARING**

PLEASE TAKE NOTICE that Lead Plaintiff New Jersey Carpenters Health Fund, on behalf of itself and each of the Settlement Class Members, move this Court before the Honorable Paul A. Crotty for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure (i) preliminarily approving the proposed Settlement; (ii) certifying the Settlement Class for the purposes of settlement; (iii) approving the form and manner of notice to Settlement Class Members; and (iv) scheduling a final approval hearing on the Settlement and dismissal of the Action with prejudice upon the terms and conditions set forth in the Settlement, and on Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

Dated: December 21, 2015                Respectfully submitted,

                                             **COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/ Joel P. Laitman*
Joel P. Laitman (JL-8177)
Christopher Lometti (CL-9124)
Michael B. Eisenkraft (ME-6974)
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797

Steven J. Toll (*pro hac vice*)
Times Wang (*pro hac vice*)
1100 New York Avenue, N.W.
East Tower, Ste. 500
Washington, DC 20005
Telephone: (202) 408-4600

*Counsel for Lead Plaintiff and the Class*