**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW JERSEY CARPENTERS HEALTH FUND, *on Behalf of Itself and All Others Similarly Situated,*<br><br>Plaintiff,<br><br>v.<br><br>DLJ MORTGAGE CAPITAL, INC., CREDIT SUISSE MANAGEMENT, LLC f/k/a CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORPORATION, ANDREW A. KIMURA, THOMAS ZINGALLI, JEFFREY A. ALTABEF, MICHAEL A. MARRIOTT, EVELYN ECHEVARRIA and CREDIT SUISSE SECURITIES (USA), LLC,<br><br>Defendants. | No.: 08-cv-5653-PAC |

### NOTICE OF LEAD COUNSEL'S MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES FROM THE SETTLEMENT FUND

PLEASE TAKE NOTICE that on May 10, 2016, at 10 a.m. in Courtroom 14C at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, Lead Plaintiff will and hereby does move the Court, the Honorable Paul A. Crotty, for an order granting Lead Counsel's Motion for Approval of Attorneys' Fees and Reimbursement of Litigation Expenses from the Settlement Fund.

This motion is based upon this notice of motion, the accompanying memorandum of law, the accompanying Declaration of Joel P. Laitman in support of the motion, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on the motion.

Dated: April 12, 2016                    Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/ Joel P. Laitman*
Joel P. Laitman (JL-8177)
Christopher Lometti (CL-9124)
Michael B. Eisenkraft (ME-6974)
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797

Steven J. Toll (pro hac vice)
Times Wang (pro hac vice)
1100 New York Avenue, N.W.
East Tower, Ste. 500
Washington, DC 20005
Telephone: (202) 408-4600

*Counsel for Lead Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing motion and its supporting documents were served upon Defendants' attorneys of record through the Court's ECF system on April 12, 2016.

*/s/Joel P. Laitman*
Joel P. Laitman
